# COURT PROCEEDING MEMO
## CONFIRMATION HEARING/TRUSTEE'S SHOW CAUSE

DATE: 6/16/11
TIME: 9:30 A.M.
CASE #: 10-61811
IN RE: ERIK M. BACHELLE   PRESENT: ___
COUNSEL FOR DEBTOR(S): HANSEN/J   PRESENT: X   By: ___
TRUSTEE: BESKIN/H   PRESENT: X

___ CONFIRMATION HEARING

XX  TRUSTEE'S MOTION TO DISMISS/CONVERT

### OBJECTIONS

| CREDITOR: | COUNSEL | PRESENT |
|---|---|---|
|  |  |  |

| MODIFIED PLAN FILED: | SET FOR: |
|---|---|
|  |  |

|   |   |
|---|---|
|   | PLAN CONFIRMED |
|   | CASE DISMISSED |
|   | ATTORNEY FEE REQUEST |

|   |   |   |
|---|---|---|
|   | CONFIRMATION HEARING CONTINUED | DATE: |
| ✓ | TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED | DATE: 12-1-11 @ 9:30 |
|   | TRUSTEE'S MOTION TO DISMISS/CONVERT CONTINUED WITH CONDITIONS ORDER DUE FROM: ___ | DATE: |

### COMMENTS

FOR THE COURT:
WILLIAM E. ANDERSON, U.S. BANKRUPTCY JUDGE
A. TERRENCE KEMPSON, LAW CLERK
EVANS & COMPANY, COURT REPORTERS (434) 239-2552
BARBARA D. OKES, COURTROOM DEPUTY
KATHY H. WARREN, COURTROOM DEPUTY

***NOTES OF THE COURTROOM DEPUTY ARE NOT VERBATIM. THEY DO NOT TAKE THE PLACE OF THE OFFICIAL COURT TRANSCRIPT AND ARE NOT PART OF THE OFFICIAL COURT RECORD. THEY ARE FOR USE BY COURT PERSONNEL AND CANNOT BE USED OR INTRODUCED AS EVIDENCE.